■ GORDON L. WRAIGHT et al., Plaintiffs, v ESTATE OF HERMAN J. NEU et al., Defendants. WARREN H. NEU, Third-Party Plaintiff-Respondent, v NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Third-Party Defendant-Appellant. (Appeal No. 2.)— Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.— Summary Judgment.) Present—Boomer, J. P., Green, Balio, Fallon and Davis, JJ.